# COURT MINUTES

## United States Magistrate Judge Lurana S. Snow

**KEY WEST**  Date: 02/14/2023  Time: 12:30PM

Defendant: BATYR MYATIEV (B)  J#: ____  Case #: 23-10002-CR-MOORE

AUSA: SEAN BEATY  Attorney: SCOTT HIAASEN

Violation: 18:U.S.C.§371

Proceeding: RRC AND POSSIBLE ARRAIGNMENT  CJA Appt: FPD: JAN SMITH (IN COURT)

Bond/PTD Held: ☐ Yes  ☒ No  Recommended Bond: ____

Bond Set at: $50,000 PSB  Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: ____

Disposition:
DEFENDANT PRESENT IN COURT
REQUESTING COURT APPOINTMENT
ATTORNEY HIAASEN WAS NOT
RETAINED. SWORN/TEST FOR COURT
APPOINTMENT. FOUND INDIGENT
FPD APPOINTED. JAN SMITH PRESENT
READING OF INFORMATION WAIVED
NOT GUILTY PLEA ENTERED
JURY TRIAL DEMANDED
SDO REQUESTED
**BRADY ORDER ENTERED TODAY**

NEXT COURT APPEARANCE  Date: ____  Time: ____  Judge: ____  Place: ____

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. 12:29:40-12:38:48  Time in Court: 10 MINUTES

Page: Type #